**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No.

JENNIFER S. LASTER AND STUDIO HIIT, LLC

Defendant.

__________________________________/

**COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, the United States of America, by and through its attorney, Jeffrey Ramsey, for the Northern District of Indiana hereby sets forth its Complaint against Defendant, Jennifer Laster (herein after "Defendant") and states as follows:

1. This court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through the Department of Treasury's Bureau of Fiscal Service (hereinafter "Treasury") on behalf of the U.S. Small Business Administration (hereinafter "SBA"). The debt was referred to the Treasury in accordance with the Debt Collections Improvement Act of 1996 ("DCIA") (31 U.S.C. § 3701 *et seq.*).

3. Defendant Jennifer Laster, is an individual located in Clark County, within the jurisdiction of this Court and may be served with service of process at 3203 Timberlake Court, Jeffersonville, IN 47130.
4. Studio HIIT LLC is no longer in business.

**The Debt - TRFM15828527**

5. On March 7, 2019, the Defendant executed a Promissory Note and Unconditional Guarantee Loan Agreement (hereinafter "Note") for the amount of $95,000, with interest accruing at variable rates, except as otherwise provided within the Note and Guaranty with West Central Development Corporation (hereinafter "West"). See Exhibit "**A**" attached hereto and incorporated herein.
6. On October 1, 2020, the Debtor became delinquent on the aforementioned obligation, with a balance due of $79,492.88. Due to this delinquency, the SBA had to pay the guaranteed interest and became holder of the Note. SBA referred the debt to Treasury on December 7, 2022.
7. On November 12, 2025, Treasury referred the debt to the U.S. Department of Justice (hereinafter "DOJ") for litigation and collection in the amount of $79,492.88, with a daily interest of $13.07. As of December 3, 2025, the Debtor became indebted to the United States in the following amounts:

| | |
|---|---|
| Current Principal: | $ 79,492.88 |
| Current Interest (@ 6.00%): | $ 15,184.23 |
| Admin Fees: | $ 30,257.63 |
| **Total Due (as of 12/3/2025)** | **$124,934.74** |

as set forth in the Certificate of Indebtedness prepared by the U.S. Department of the Treasury Bureau of Fiscal Service. See Exhibit "**B**" attached hereto and incorporated herein.

8. Plaintiff has made demand upon the Defendant for the full amount of this claim, but the Defendant has failed to make payment.
9. All conditions precedent to the commencement of this action have been performed by the Plaintiff.

WHEREFORE, the United States of America respectfully requests that this court enter a judgment against the Defendant in the amount of $124,934.74 plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. §1961 and that interest on the judgment be at the legal rate until paid in full. For all attorney's fees to the extent allowed by law; filing fee of $400.00 as permitted by 28 U.S.C. § 2412 (a)(2); and for such other relief which the Court deems proper.

Respectfully submitted,

By: */s/ Jeffrey Ramsey*
Jeffrey Ramsey (6625-49)
Attorney for Plaintiff
United States of America
**Schuerger Law Group**
**Private Counsel – U.S. Dept. of Justice**
1001 Kingsmill Parkway
Columbus, OH 43229
Phone: (614) 674-6853
JRamsey@schuergerlaw.com
efiling@schuergerlaw.com

Date: October 1, 2026